IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BILLY JOE JONES**                                                                                         **PLAINTIFF**

**V.**                                    **CASE NO. 2:25-CV-2011**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                 **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on January 28, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 12th day of February, 2026.


                                                    /s/ Timothy L. Brooks
                                                    TIMOTHY L. BROOKS
                                                    CHIEF UNITED STATES DISTRICT JUDGE