**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**BILLY J. JONES**                                                                              **PLAINTIFF**

**V.**                                          **CASE NO. 2:25-CV-2011**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

<u>**ORDER**</u>

Currently before the Court is the Report and Recommendation (Doc. 23) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated March 24, 2026, regarding the Motion for Attorney's Fees (Doc. 18) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 18) is **GRANTED**, and the Plaintiff is awarded the sum of **$6,920.55**. This amount represents 1.35 attorney hours in 2024 at an hourly rate of $245.00 and 26.15 hours in 2025 and 2026 at $252.00 per hour.

**IT IS SO ORDERED** on this 8th day of April, 2026.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE